**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7550**

WALTER H. TERRY,

              Plaintiff - Appellant,

        v.

MAURICE DANZEY, Superintendent of Unicor/FCC-PEM; WILLIAM
BAILEY, Factory Manager; THURMAN HOUSE, General Forman,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Anthony John Trenga,
District Judge. (1:11-cv-01162-AJT-TCB)

Submitted: April 26, 2012          Decided: April 30, 2012

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Walter H. Terry, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter H. Terry appeals the district court's order dismissing his complaint for failing to state a claim on which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Terry v. Danzey, No. 1:11-cv-01162-AJT-TCB (E.D. Va. filed Nov. 2, 2011 & entered Nov. 3, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED